UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| MICHAEL J. CIANCIO | ) | No. 08 CR 580 |

### ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to seal the complaint, affidavit, arrest warrant, motion to seal, and this order in this matter, and having demonstrated good cause in support of its motion, specifically, disclosure of the complaint, affidavit, and arrest warrant could jeopardize the safety of the agents seeking to arrest defendant, and might lead defendant to destroy evidence or to flee and evade arrest;

IT IS HEREBY ORDERED THAT the complaint, affidavit, arrest warrant, government's motion to seal, and this order be kept under seal until the arrest of defendant Michael J. Ciancio.

ENTER:

_____
Michael T. Mason
United States Magistrate Judge

DATE: July 22, 2008