# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 580 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Michael Ciancio | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Michael Ciancio appears in response to arrest on 7/23/08. Defendant informed of his rights. Jim Thompson is retained as counsel by the defendant for initial appearance proceedings only. Enter Order Setting Conditions of Release. Case continued to 8/6/08 at 11:00 a.m. for the purpose of retaining counsel and to set a preliminary examination date. Case ordered unsealed.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | rbf |
|---|---|---|