# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MICHAEL J. CIANCIO

**UNDER SEAL**

WARRANT FOR ARREST

CASE NUMBER: 08 CR 580

08CR580

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL J. CIANCIO__
                                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _x_ Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him with attempting to commit extortion affecting commerce, in that he attempted to obtain and obtained United States currency from another person, with that person's consent induced under color of official right, and by the wrongful use of fear of economic harm; in violation of Title __18__ United States Code, Section __1951__.

Michael T. Mason
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

/s/ Michael T. Mason
Signature of Issuing Officer

JUL 22 2008   1:29 pm
Date and Location

**FILED**
JUL 24 2008 TC
7-24-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/22/08 | | |
| DATE OF ARREST | DAVID D. KEITH, SA | D.D.K. |
| 07/23/08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Michael J. Ciancio

ALIAS: 

LAST KNOWN RESIDENCE: Chicago, IL.

LAST KNOWN EMPLOYMENT: Chicago Police Department

PLACE OF BIRTH: 

DATE OF BIRTH: 

SOCIAL SECURITY NUMBER: 

HEIGHT: 5'11"   WEIGHT: 160 pounds

SEX: Male   RACE: 

HAIR:   EYES: 

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: