**08CR 580**

**JUDGE JOHN W DARRAH**

**MAGISTRATE JUDGE MASON**

**FELONY**

**FILED**

**AUG 1 9 2008**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  **NO ☐   YES X**  If the answer is "Yes", list the case number and title of the earliest filed complaint: 08 CR 580- United States of America v. Michael J. Ciancio-Mag. Judge Mason

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X   YES**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X   YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X   YES ☐**  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X   YES ☐**

6) What level of offense is this indictment or information?   **FELONY X   MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO X   YES ☐**

8) Does this indictment or information include a conspiracy count?   **NO X   YES**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances ...... (III) |
| ☐ Criminal Antitrust . (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses ...... (IV) |
| ☐ Bank robbery ......... (II) | ☐ Other Fraud ............. (III) | ☐ Immigration Laws   (IV) |
| ☐ Post Office Robbery (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities ..... (III) | ☐ Food & Drug Laws   (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act   (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting ............. (III) | ☐ Selective Service Act ......... (IV) |
| ☐ Larceny and Theft . (IV) | ☐ Sex Offenses ............. (II) | ☐ Obscene Mail ......... (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana   (III) | ☒ Other Federal Statutes ......... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics   (III) | ☐ Transfer of Probation Jurisdiction ...... (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Sections 1951.

_____
Michael Donovan (312) 886-2035
Assistant United States Attorney

(Revised 12/99)