## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 580 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Michael Ciancio | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held on 8/27/08. Defendant enters a plea of not guilty to all counts of the Indictment. Rule 16.1(a) conference to be held by 9/3/08. Pretrial motions to be filed by 9/10/08. Response to be filed by 9/17/08. Reply to be filed by 9/24/08. Ruling on motions set for 10/1/08 at 9:45 a.m. before Judge Darrah. Time is excluded from 8/27/08 through 10/1/08 pursuant to 18:3161(h)(8)(A)(B). (X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rbf |
|---|---|---|